| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 7:95 CR 28-001JCT |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 11 CRIM 134 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Brian Bacon<br>1772 Amsterdam Avenue<br>Apt# 3C<br>New York, N.Y. 10031 | Western District of Virginia | Roanoke |
| | NAME OF SENTENCING JUDGE | |
| | Honorable James C. Turk, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | 9/2010 TO 8/2015 |

| OFFENSE |
|---|
| Possess with intent to Distribute Cocaine Base in Violation of Title 21 USC 841(a)(1) |

(Stamp: U.S. DISTRICT COURT FILED FEB 17 2011 S.D. OF N.Y.)
(Stamp: JUDGE SCHEINDLIN)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **SOUTHERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_January 27 2011_
Date

_/s/ James C. Turk_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 16 2011
Effective Date

_/s/ Ronald Ellis_
United States District Judge