TO: Honorable Judge SHIRA A. SCHEINDLIN          DATE: JAN 24, 2019

FROM: Brian Bacon #15-A-2942 B6376

Subj: FEDERAL detainer

I am writing you in hoping that you can lift this FEDERAL detainer that has been lodged against me since 2015. I know longer associate myself with illegal activities in thought. I've been Reading more of the bible and I see things much clearer. I have navigated myself within these prisons walls and it is surely a maze that is particularly hard. I have stayed far away from incident Reports. I also have been writing a lot of people so that I can attain a Bachelors degree.
      Also I can be given work-Release if this detainer can be lifted. I have a job at a shelter that will be available. My present Release date will be 2023. During my Federal the Honorable Judge JAMES C. TURK presided over my case. He was a FAIR judge, and he truely had compassion for me because of my innocence in Reference to a 1985 conviction where I was innocent. U.S. V. Bacon, 94 F.3d 158 (1996). It was based on me being a career offender.
      Your honor, your disposition truely fits the characteristics of Honorable Judge TURK. IN 2015 I remembered the interview you upon the Tevis Smiley show that I frequently watch. That interview was brilliant and I truely saw an honest judge at her best. This detainer will hinder work Release, I had served 4 years 9 months on

5 years post Release. I am only asking for some help to better my situation. My focus since 2015 upon my arresst was to accept my plea and move on to a change in my life. I have done no wrong upon coming back to a not so good prison society. This Facility that I am presently in has not yet transfered me to a Facility to even attempt to touch a Bachelors degree. Comstock, Coxsackie, and now Greenhaven have only A.A. degrees which I already have on my Resume.

    I truly appreciate the Fine ear and hopefully I can get a Response at your earliest.

                  Sincerely
                   Mr. B. Bacon #15A2999B6376