**MEMO ENDORSED**

TO: HON. Katherine Polk Failla

JUN 03 2021    May 14, 2021

From: Brian Bacon #15-A-2942

I am writing you this notation to inform you that I'm continuing to meet my goals, no tickets. I am being looked at for a CASAT program, my score was way over to pass. Also on May 11 I was call down for "workrelease"

There was the program dept that saw me with two other female staff. She said that I've been doing good with no tickets, then she said "you have a detainer here." My response was mam that has to be old and it was not updated. I am uncertain if the U.S. Marshall sent anything here when April 18, 2020 came about.

Thats when the 12 months was completed. Now this surely stall me for workrelease. Dept Kopp here is the head of programs, and from what she stated its still a detainer lodge in her computer. Detainers makes you in eligible for workrelease and this is why I needed the time to run concurrent.

Thank you for your ear

Mr. B. Bacon #15-A-2942

The Court is in receipt of Mr. Bacon's letter dated May 14, 2021, and understands that the U.S. Attorney's Office has confirmed with the Marshals Service that Mr. Bacon's federal detainer was lifted on April 17, 2020. Moreover, an individual in the Records Department at Green Haven Correctional Facility has informed the Court that Mr. Bacon's records reflect no pending federal detainer. To the extent prison personnel are aware of any inconsistency in Mr. Bacon's records, they should discuss with the Marshals Service.

The Clerk of Court is directed to mail a copy of this Order to Mr. Bacon at his address of record.

Dated:     June 8, 2021               SO ORDERED.
           New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE